Hon. Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ERNESTOR LOPEZ-PEREZ, <br><br> Defendant. | No. CR 23-172 KKE <br><br> ORDER DENYING MOTION TO CONTINUE TRIAL & PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on Defendant Ernestor Lopez-Perez's Motion to Continue Trial Date & Pretrial Motions Deadline. Dkt. No. 52.

Although this motion is styled as an agreed motion, it is signed only by Lopez-Perez's counsel. *See* Dkt. No. 52. Counsel represents that counsel for the other parties do not object to the motion (*id*. at 1), but their signatures are not affixed to the motion. Furthermore, only two of the four co-defendants have filed speedy trial waivers (Dkt. Nos. 51, 53), and the Court has no basis to assume the other two co-defendants waive that right. *See* Dkt. No. 52 at 2-3. Lastly, the basis for the motion is scheduling and workload conflicts facing Lopez-Perez's counsel, but these concerns do not necessarily implicate counsel for Lopez-Perez's co-defendants. After

ORDER DENYING MOTION TO CONTINUE TRIAL
& PRETRIAL MOTIONS DEADLINE – 1

reviewing the motion as currently written, the Court does not find a basis to grant a trial continuance that would apply to all defendants.

Accordingly, the Court DENIES the motion (Dkt. No. 52), subject to re-filing consistent with the concerns listed herein.  Any future joint motion shall be signed by all parties and filed as to each co-defendant, and will not be granted unless all defendants have filed waivers of their right to a speedy trial.

ORDERED this 30th day of November, 2023.

Kymberly K. Evanson
United States District Judge